## BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
111 BROADWAY
SUITE 701
NEW YORK, NEW YORK 10006
—
TELEPHONE: **(212) 344-7778**
FACSIMILE: **(212) 344-7774**
—
www.bhlawfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2023
```

MICHAEL F. BACHNER*
*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
18 METZGER DRIVE
WEST ORANGE, NJ 07052

August 15, 2023

**VIA ECF**
Hon. Gregory H. Woods
US District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

## MEMORANDUM ENDORSED

**Re:   USA v. Dupont, et. al. (Paul Feldman), 23 Cr. 320 (GHW)**

Dear Judge Woods:

My office represents Dr. Paul Feldman in connection with the above-referenced matter. On July 25, 2023, Your Honor granted Dr. Feldman's application to travel with his family to Denmark and Croatia from August 1 through August 12, 2023 (ECF Docket Entry 37). Under the Order, Mr. Feldman posted a separate fully secured bond in the amount of $500,000.00. Dr. Feldman returned to the U.S. as ordered and surrendered his US passport to pretrial services in White Plains on August 12. I have provided a copy of the passport receipt to the Government.

As per Your Honor's Order, we respectfully request that the $500,000.00 bond be exonerated and the funds securing Dr. Feldman's bail be fully returned to him.

Should the Court have any questions, we stand ready to assist. Thank you for your courtesy in this and all other matters.

Respectfully,

/s/ Michael Bachner
Michael F. Bachner

Cc: Government counsel
    Pre-trial Services

-----------------------------------------
Hon. Gregory H. Woods, USDCJ

Application granted. The additional $500,000 bond offered by Dr. Feldman in connection with his travel abroad is released. Any funds posted by him to secure that bond should be returned to him.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 40.

SO ORDERED.
Dated: August 16, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge