# MEMORANDUM ENDORSED

## BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
111 BROADWAY
SUITE 701
NEW YORK, NEW YORK 10006
—
TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774
—

www.bhlawfirm.com

MICHAEL F. BACHNER*
*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
18 METZGER DRIVE
WEST ORANGE, NJ 07052

October 6, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2023

<u>VIA ECF</u>
Honorable Gregory H. Woods
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

**Re:   USA v. Dupont, et. al. (Paul Feldman), 23 Cr. 320 (GHW)**

Dear Judge Woods:

My office represents Dr. Paul Feldman in connection with the above-referenced matter. I am writing with the consent of the Government and Pretrial Services Officer Shannon Finneran to respectfully request that Dr. Feldman's bail conditions be modified to extend his travel to the entire state of New York. The extension will facilitate his travel to and from his medical office.

Should the Court have any questions, we stand ready to assist. Thank you for your courtesy in this and all other matters.

Respectfully,

/s/ Michael Bachner
Michael F. Bachner

Cc: Government counsel
    Pre-trial Services

Application granted. Mr. Feldman's pretrial release conditions are modified as follows: Mr. Feldman may travel within the state of New York. Mr. Feldman is directed to provide a detailed itinerary to pretrial services, as well as contact information during his travels. All other conditions of the defendant's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 55.

SO ORDERED.

Dated: October 12, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge