USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

    - v. -

PAUL FELDMAN,

    Defendant.

------------------------------------- x

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

23 Cr. 320 (GHW)

WHEREAS, on or about June 28, 2023, PAUL FELDMAN (the "Defendant"), among others, was charged with fourteen counts of a twenty-two count sealed Indictment, 23 Cr. 320 (GHW) (the "Indictment"), with conspiracy to commit securities fraud and tender offer fraud, in violation of Title 18, United States Code, Section 371 (Count One); securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Sections 240.10b-5, 240.10b5-1, and 240.10b5-2, and Title 18, United States Code, Section 2 (Counts Six through Eleven); securities fraud, in violation of Title 18, United States Code, Sections 1348 and 2 (Count Twelve); and tender offer fraud, in violation of Title 15, United States Code, Sections 78n(e) and 78ff, Title 17, Code of Federal Regulations, Sections 240.14e-3(a) and 240.14e-3(d), and Title 18, United States Code, Section 2 (Counts Seventeen through Twenty-Two);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Twenty-Two of the Indictment, seeking forfeiture to the United States, pursuant to United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Twenty-Two of the Indictment, including but not limited to a sum of money in United States currency representing the amount of

proceeds traceable to the commission of the offenses charged in Counts One through Twenty-Two of the Indictment that the Defendant personally obtained;

WHEREAS, on or about January 23, 2024, the Defendant pled guilty to Count Six of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Six of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), a sum of money equal to $1,730,827.54 in United States currency, representing proceeds traceable to the commission of the offense charged in Count Six of the Indictment that the Defendant personally obtained;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount $1,730,827.54 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Six of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Six of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Samuel P. Rothschild, of counsel, and the Defendant, and his counsel, Michael Bachner, Esq., that:

1. As a result of the offense charged in Count Six of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $1,730,827.54 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense

charged in Count Six of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, PAUL FELDMAN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____   1/23/24
SAMUEL P. ROTHSCHILD                  DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2504


PAUL FELDMAN

By: _____   1/23/24
PAUL FELDMAN                          DATE

By: _____   1/23/24
MICHAEL BACHNER, ESQ.                 DATE
Attorney for Defendant
111 Broadway, Suite 701
New York, NY 10036


SO ORDERED:

_____   1/24/24
HONORABLE GREGORY H. WOODS         DATE
UNITED STATES DISTRICT JUDGE