```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                     :

UNITED STATES OF AMERICA,         :

                                                     :

                        -v-                        :          1:23-cr-320-GHW

                                                   :

PAUL FELDMAN,                       :          <u>ORDER</u>

                                                   :

                       Defendant.  :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The sentencing submission by Dr. Paul Feldman includes a link to an approximately 20 minute-long video containing testimonials on behalf of Dr. Feldman by his patients and colleagues. Dkt. No. 112 at 4.  The Court has not been presented with sufficient justification for that video to be filed under seal in its entirety.  The Court notes that it did not order the production of any medical information to it.  As a result, the Court understands that any individual who may have disclosed medical information to the Court in a testimonial on behalf of Dr. Feldman voluntarily offered that information.  The presumption of public access applies to the video.

      Accordingly, Dr. Feldman is ordered to file a written transcript of the video as an attachment to a letter containing the names of each of the speakers and the text of their statements no later than May 21, 2024.  To the extent that there is an application to redact any portion of that information, it should be made in accordance with the Court's Individual Rules of Practice in Criminal Cases.[1]

      SO ORDERED.

Dated: May 17, 2024
       New York, New York

                                                                  GREGORY H. WOODS
                                                            United States District Judge

---

[1] While the Court's ECF system does not permit the video evidence to be docketed publicly, the Court expects that the video with any approved redactions will be filed with the Clerk of Court.